UNITED STATES of America,
Plaintiff–Appellee

v.

Everardo GARCIA–ROJAS,
Defendant–Appellant.

No. 15–40681.

United States Court of Appeals,
Fifth Circuit.

Dec. 15, 2015.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Philip Thomas Cowen, Esq., Law Office of Philip Cowen, Brownsville, TX, for Defendant–Appellant.

Everardo Garcia–Rojas, Yazoo City, MS, pro se.

Before JONES, SOUTHWICK, and COSTA, Circuit Judges.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

288

PER CURIAM: *

The attorney appointed to represent Everardo Garcia–Rojas has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Garcia–Rojas has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Garcia–Rojas's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

The attorney appointed to represent Bobby Lee Crisp, Jr., has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Crisp has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.